AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

BILLIE J. TONASKET &
ANTHONY SOTIN,

        Plaintiffs,

v.

JUDGE MICHAEL PRICE, et al,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-305-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the above-entitled action is Dismissed without prejudice.

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 0 3 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| January 3, 2007 | JAMES R. LARSEN |
| Date | Clerk |
| | s/ Shirley Peters |
| | *(By) Deputy Clerk* |
| | Shirley Peters |